**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01112-REB-CBS

JEFFREY BRIMM,

    Plaintiff,

v.

FALCON SCHOOL DISTRICT NO. 49,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** [#43] of Judge Robert E. Blackburn entered on March 17, 2016, it is

ORDERED that under Fed. R. Civ. P. 12(b)(6), the **Defendant's Partial Motion to Dismiss Complaint** [#9] filed August 11, 2015, is granted on the first claim for relief in the complaint [#1] for gender discrimination, it is

FURTHER ORDERED that under Fed. R. Civ. P. 12(b)(6), the **Defendant's Partial Motion to Dismiss Complaint** [#9] filed August 11, 2015, is granted on the third claim for relief in the complaint [#1] for age discrimination, it is

FURTHER ORDERED that the **Defendant's Partial Motion to Dismiss Complaint** [#9] filed August 11, 2015, is denied.

    Dated at Denver, Colorado this 18th day of March, 2016.

                                            FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

K. Finney
Deputy Clerk